**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1607**

HARALD SCHMIDT,

                    Plaintiff - Appellant,

          v.

CITIBANK (SOUTH DAKOTA) N.A.,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:08-cv-00165-JCC-JFA)

Submitted: February 8, 2010          Decided: March 9, 2010

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harald Schmidt, Appellant Pro Se. Laura Metcoff Klaus, GREENBERG TRAURIG, LLP, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harald Schmidt appeals the district court's order, inter alia, confirming an arbitration award and awarding attorneys' fees and expenses in favor of Citibank (South Dakota) N.A. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schmidt v. Citibank, No. 1:08-cv-00165-JCC-JFA (E.D. Va. Apr. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2